WILLIAM STANLEY et al., Respondents, *v.* WILHELM PICKHARDT, et al., Appellants.

(Argued April 9, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 28, 1889, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*C. Bainbridge Smith* for appellants.

*Edwin B. Smith* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ALICIA FRANCES GOODWIN, Individually and as Administratrix, et al., Respondents, *v.* THOMAS O'BRIEN, Appellant.

(Submitted April 9, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 9, 1889, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee appointed by an interlocutory judgment.

*Daniel Clark Briggs* and *Roswell D. Hatch* for appellant.

*Henry P. Starbuck* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.